Probation Form No. 35  
(1/92) Report and Order Terminating Probation / Supervised Release  
~~Prior to Original Expiration Date~~

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

       vs.                                             Crim. No. 1:99CR72-01

Richelle Germaine Blue

     On November 17, 2005 the above named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Richelle Germaine Blue be discharged from supervision.

                                        Respectfully submitted,

                     by     s/ Diane S. Burton  
                              Diane S. Burton  
                              U.S. Probation Officer  
                              B-3 U.S. Courthouse Building  
                              100 Otis Street  
                              Asheville, NC 28801  
                              (828) 771-7344

Approved By:

     s/ B. Beattie Logan III  
B. Beattie Logan III  
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: June 27, 2008

Lacy H. Thornburg
United States District Judge